
AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Daniel Segal | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV 10-5650-DSF(FFM) |
| SEE ATTACHMENT 1 | ) |
| *Defendant* | ) |

**FOR OFFICE USE ONLY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHEMENT 2

**FOR OFFICE USE ONLY**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   STEVEN T. LOWE
LOWE LAW, P.C.
11400 OLYMPIC BLVD.,
SUITE #640
LOS ANGELES, CA  90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**TANYA DURANT**

Date: 8-3-10               _____
                            *Signature of Clerk or Deputy*



1188

**FOR OFFICE USE ONLY**

ATTACHMENT I

DANIEL SEGAL, an individual,

Plaintiff,

vs.

**ROGUE PICTURES**, a business entity, form unknown, a division of Relativity Media LLC, **UNIVERSAL PICTURES COMPANY LLC**, a Delaware limited liability company, a subsidiary of NBC Universal Inc., **PLATINUM DUNES PRODUCTIONS**, a California corporation, **PHANTOM FOUR FILMS**, a California corporation, **DAVID S. GOYER**, an individual, **MICHAEL BAY**, an individual, **ANDREW FORM**, an individual, **BRAD FULLER**, an individual, **JESSIKA BORSICZKY GOYER**, an individual, **WILLIAM BEASLEY**, an individual, and **DOES 1-50**, inclusive,

Defendants.

TO: DEFENDANTS: Rogue Pictures, Universal Pictures Company LLC, Platinum Dunes Productions, Phantom Four Films, David S. Goyer, Michael Bay, Andrew Form, Brad Fuller, Jessika Borsiczky Goyer, And William Beasley.

## ATTACHMENT 2
## TO SUMMONS

To: (Defendants' name and address)

1. Rogue Pictures, a division of Relativity Media LLC: 8899 Beverly Blvd., Suite 510, Hollywood, CA 90048
2. Universal Pictures Company LLC, a subsidiary of NBC Universal, Inc.: 100 Universal City Plaza, Universal City, CA 91608
3. Platinum Dunes Productions: 631 Colorado, Santa Monica, CA 90401
4. Phantom Four Films: 4000 Warner Blvd, Bldg. 81, Rm. 207A, Burbank, CA 91522
5. David S. Goyer: 9274 Swallow Dr., Los Angeles, CA 90046
6. Michael Bay: 631 Colorado, Santa Monica, CA 90401
7. Andrew Form: 631 Colorado, Santa Monica, CA 90401
8. Brad Fuller: 631 Colorado, Santa Monica, CA 90401
9. Jessika Borsiczky Goyer: 9274 Swallow Dr., Los Angeles, CA 90046
10. William Beasley: 3940 Laurel Canyon Blvd., Studio City, CA 941604

1  Steven T. Lowe, Esq., SBN 122208
2  Kelly Houle, Esq., SBN 267958
   LOWE LAW, a Professional Corporation
3  11400 Olympic Boulevard, Suite 640
   Los Angeles, California 90064
4  Telephone: (310) 477-5811
5  Facsimile: (310) 477-7672

6  Attorneys for Plaintiff
7  DANIEL SEGAL

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

11  DANIEL SEGAL, an individual,          )  CASE NO. CV10 5650-DSF (FFMx)
12                                        )
                  Plaintiff,              )  COMPLAINT FOR:
13                                        )
14        vs.                             )  1. COPYRIGHT
                                          )     INFRINGEMENT
15  ROGUE PICTURES, a business entity,    )  2. BREACH OF IMPLIED IN
16  form unknown, a division of Relativity)     FACT CONTRACT
    Media LLC, UNIVERSAL PICTURES         )
17  COMPANY LLC, a Delaware limited       )  DEMAND FOR JURY TRIAL
18  liability company, a subsidiary of NBC)
    Universal Inc., PLATINUM DUNES        )
19  PRODUCTIONS, a California             )
20  corporation, PHANTOM FOUR             )
    FILMS, a California corporation,      )
21  DAVID S. GOYER, an individual,        )
22  MICHAEL BAY, an individual,           )
    ANDREW FORM, an individual,           )
23  BRAD FULLER, an individual,           )
24  JESSIKA BORSICZKY GOYER, an           )
25  individual, WILLIAM BEASLEY, an       )
    individual, and DOES 1-50, inclusive, )
26                                        )
27              Defendants.               )

28
---
1
COMPLAINT