Case 2:10-cv-05650-DSF-AJW Document 87 Filed 06/02/14 Page 1 of 2 Page ID #:901

Joel R. Weiner (SBN 139446)
Gail Migdal Title (SBN 49023)
Gloria C. Franke (SBN 246390)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

JS 6

Attorneys for Defendants ROGUE PICTURES, a division of Relativity Media, LLC, UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC, UNIVERSAL STUDIOS HOME ENTERTAINMENT PRODUCTIONS LLC, PLATINUM DUNES PRODUCTIONS, PHANTOM FOUR FILMS, DAVID S. GOYER and JESSIKA BORSICZKY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| DANIEL SEGAL, an individual, | Case No. CV10 5650 DSF (AJWx) |
| Plaintiff, | [Hon. Dale S. Fischer] |
| vs. | **[PROPOSED] JUDGMENT** |
| ROGUE PICTURES, a business entity, form unknown, UNIVERSAL STUDIOS HOME ENTERTAINMENT LLC, a California limited liability company, UNIVERSAL STUDIOS HOME ENTERTAINMENT PRODUCTIONS LLC, a California limited liability company, PLATINUM DUNES PRODUCTIONS, a California corporation, PHANTOM FOUR FILMS, a California corporation, DAVID S. GOYER, an individual, JESSIKA BORSICZKY GOYER, an individual, and DOES 1-50, inclusive, | |
| Defendants. | |

Case 2:10-cv-05650-DSF-AJW Document 77 Filed 03/02/12 Page 2 of 2 Page ID #:900

# JUDGMENT

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of defendants Rogue Pictures, a division of Relativity Media, LLC, Universal Studios Home Entertainment LLC, Universal Studios Home Entertainment Productions LLC, Platinum Dunes Productions, Phantom Four Films, Jessika Borsiczky and David S. Goyer (collectively, "Defendants") and against plaintiff David Segal ("Plaintiff");

2. Plaintiff shall recover nothing in this action;

3. Defendants may file a motion for attorneys' fees under 17 U.S.C. § 505, per Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54-12.

**IT IS SO ORDERED.**

Dated: 3/2/12

The Honorable Dale S. Fischer
United States District Judge

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By: /s/
    Joel R. Weiner
Attorneys for Defendants ROGUE PICTURES,
a division of Relativity Media, LLC,
UNIVERSAL STUDIOS HOME
ENTERTAINMENT LLC, UNIVERSAL
STUDIOS HOME ENTERTAINMENT
PRODUCTIONS LLC, PLATINUM DUNES
PRODUCTIONS, PHANTOM FOUR FILMS,
DAVID S. GOYER and JESSIKA BORSICZKY

31601795v4